**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) |
| SIGNIA, LTD. | ) Case No. 23-14384 TBM |
| | ) Chapter 11 |
| Debtor. | ) |

**NOTICE PURSUANT TO L.B.R. 2081-3 OF DEBTOR'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 1112(b)(1)**

**OBJECTION DEADLINE: February 22, 2024**

**YOU ARE HEREBY NOTIFIED THAT** Signia, Ltd., Debtor-in-Possession herein (the "Debtor"), has filed a Motion to Dismiss Cases Pursuant to 11 U.S.C. § 1112(b)(1). The Debtor seeks entry of an order dismissing the above-captioned bankruptcy case.

A hearing on the motion has been set for **March 7, 2024, at 9:00 a.m. in Courtroom E** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado. The hearing will be conducted in accordance with the provisions of L.B.R. 2081-3.

IF YOU DESIRE TO OPPOSE THIS MOTION, you must file with this court a WRITTEN OBJECTION to the motion on or before the objection deadline stated above and serve a copy upon movant's attorney, whose address is listed below.

**IF YOU FAIL TO FILE AN OBJECTION** an order granting the relief requested may be granted without further notice to you upon the filing of a Certificate of Non-contested Matter.

Dated this 8th day of February, 2024.

WADSWORTH GARBER WARNER CONRARDY, P.C.

*/s/ David V. Wadsworth*
David V. Wadsworth, #32066
2580 West Main Street, Suite 200
Littleton, Colorado 80120
(303) 296-1999; (303) 296-7600 (fax)
dwadsworth@wgwc-law.com
*Attorneys for the debtor-in-possession*