# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| SIGNIA, LTD., | )  Case No. 23-14384 TBM |
| | )  Chapter 11 |
| Debtor. | ) |

## SECOND APPLICATION TO EXPAND THE SCOPE OF EMPLOYMENT OF SPECIAL COUNSEL BROWNSTEIN HYATT FARBER SCHRECK, LLP

Signia, Ltd. (the "Debtor"), debtor-in-possession herein, by and through undersigned counsel, respectfully applies to this Court for entry of an order expanding the scope of employment of the law firm of Brownstein Hyatt Farber Schreck, LLP ("BHFS") and in support thereof states as follows:

1. As the Court and interested parties are aware, the Court previously authorized the employment of BHFS as special counsel in this case to represent the Debtor in connection with a state court appeal and contested post-judgment motions. *See* Docket Nos. 97 and 206.

2. The Debtor now seeks to further expand BHFS's employment to assist general bankruptcy counsel Wadsworth Garber Warner Conrardy, P.C. ("WGWC") in connection with the pending, contested Motion to Dismiss Case Pursuant to 11 U.S.C. § 1112(b)(1) (the "Motion to Dismiss"), discovery attendant thereto, and any future contested matters than may arise in the bankruptcy case.

3. Section 327(e) of the Bankruptcy Code provides that the Debtor, "with the court's approval, may employ, for a specified special purpose, other than to represent the [debtor] in conducting the case, an attorney that has represented the debtor, if in the best interest of the estate, and if such attorney does not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed." 11 U.S.C. § 327(e).

4. As previously determined, BHFS does not represent or hold any interest adverse to the estate or the Debtor.

5. The Debtor submits the expansion of BHFS's employment is in the best interest of the estate and promotes the most efficient use of estate resources. As established in connection with the Employment Application and the First Application to Expand, BHFS is a national law firm with a "deep bench" of skilled commercial litigation attorneys. WGWC is a small firm with only two attorneys assigned to the Debtor's bankruptcy case. The Debtor, and WGWC, believe BHFS's assistance is necessary for the Debtor to adequately respond to the extensive discovery propounded by Male Excel and to provide needed litigation support to WGWC in connection with the contested Motion to Dismiss as well as future contested matters, if any, that may arise. BHFS

is well-qualified and available to represent the Debtor in connection with the same.

6. For these reasons, expansion of the scope of employment of BHFS as special counsel is proper and appropriate pursuant to 11 U.S.C. § 327(e).

7. The Debtor requests that the expansion of the scope of employment of BHFS be approved as of April 5, 2024.

**WHEREFORE,** the Debtor requests entry of an Order authorizing the expansion of the scope of employment of BHFS as set forth herein effective April 5, 2024, and granting such other and further relief as the Court deems appropriate.

Dated this 5th day of April 2024.

WADSWORTH GARBER WARNER CONRARDY, P.C.

*/s/ David V. Wadsworth*
David V. Wadsworth, #32066
Lindsay S. Riley, #54771
2580 West Main Street, Suite 200
Littleton, Colorado 80120
(303) 296-1999; (303) 296-7600 (fax)
dwadsworth@wgwc-law.com
lriley@wgwc-law.com
Attorneys for the Debtor-in-Possession