**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| SIGNIA, LTD. | ) | Case No. 23-14384 TBM |
| | ) | Chapter 11 |
| Debtor. | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO DISMISS CASE PURSUANT TO**
**11 U.S.C. § 1112(b)(1)**

  THIS MATTER is before the Court on the "Motion to Dismiss Case Pursuant to 11 U.S.C. § 1112(b)(1)" (Docket No. 208, the "Motion") filed by the Debtor, Signia, Ltd. (the "Debtor"). The only objection filed to the Motion (Docket No. 220, the "Objection") was filed by Male Excel Medical, P.A. and Male Excel, Inc. (collectively, "Male Excel"). On June 11, 2024, Male Excel filed it "Notice of Withdrawal of Objection to Debtor's Motion to Dismiss Case Pursuant to 11 U.S.C. §1112(b)(1) and Motion to Vacate Hearing" (Docket Nos. 349 & 352, the "Notice"). In the Notice, Male Excel withdrew their Objection to the Debtor's Motion. On June 7, 2024, in response, the Debtor filed its "Status Report Regarding Motion to Dismiss Case Pursuant to 11 U.S.C. § 1112(b)(1)" (Docket No. 351, the "Status Report"). In the Status Report the Debtor concurs that the hearing should be vacated and requests time to submit a new proposed form of order dismissing this case. The Court sees no reason to delay the dismissal. Accordingly, the Court hereby

  ORDERS that the Motion is GRANTED and the above-captioned bankruptcy case is DISMISSED.

Dated this 12th day of June, 2024.

                BY THE COURT

                _Thomas B. McNamara_
                Hon. Thomas B. McNamara
                United States Bankruptcy Judge